UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUNGERS, individually,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; OFFICER FERNANDO R. RINCON, JR., individually; OFFICER BROOKS R. NOBLE, individually; COUNTY OF SAN DIEGO; DOE SHERIFF'S DEPUTIES 1-5, individually; DOE SHERIFF'S NURSES 6-10, individually; AND DOES 11-15, individually, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.:  21-cv-829-DMS (MSB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

　　　On June 16, 2021, this matter came before the Court in an informal telephonic conference. Upon agreement of Plaintiff and Defendant County of San Diego ("the County"), it is ORDERED that the County shall file its motion pursuant to Federal Rule of Civil Procedure 12(b) on or before **June 23, 2021**, absent any agreement by counsel for Plaintiff to file an amended complaint.

/ / /

The County shall contact the Court to obtain a hearing date upon the filing of its motion.

**IT IS SO ORDERED.**

Dated: June 16, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court