Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile:  (619) 826-8065

Attorneys for Plaintiff John Jungers

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUNGERS, Individually,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN DIEGO, OFFICER FERNANDO F. RINCON, JR. Individually; OFFICER BROOKS R. NOBLE, Individually; COUNTY OF SAN DIEGO; DOE SHERIFF'S DEPUTIES 1-5, Individually; DOE SHERIFF'S NURSES 6-10, Individually; AND DOES 11-15, Individually, Inclusive,<br><br>　　　　　　　Defendants. | Case No. 21-cv-00829-W-MSB<br><br>**DECLARATION OF DANIELLE R. PENA IN SUPPORT OF PLAINTIFF'S BRIEF RE DISMISSAL OF DOE DEFENDANTS AND COUNSEL'S REQUEST TO WITHDRAW**<br><br>Courtroom: 3C<br>Judge:　　Hon. Thomas J. Whelan |

I, Danielle R. Pena, have personal knowledge of and competent to testify to the following:

1. I am an attorney licensed to practice in the State of California and am a Founder of PHG Law Group, and counsel of record for Plaintiff Mr. Jungers. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. Soon after our March 28, 2022, teleconference with Magistrate Judge Berg, I spoke to Mr. Jungers and informed him of the status of the case. I also provided advice on how to proceed with the case.

3. Since then, I have been unable to contact Mr. Jungers despite my several attempts to call and email him prior to and after the Court's September 29, 2022, Order to Show Cause.

4. Additionally, it is my office's understanding that Mr. Junger does not have a physical address. Accordingly, the only way to contact Mr. Jungers is via telephone or email.

5. I will send a copy of these papers to Mr. Junger's email address.

I declare under the laws of the United States of America that the foregoing are true and correct. I sign this declaration under penalty of perjury.

Executed this 12th day of October, 2022, at San Diego, California.

                                                    *s/ Danielle R. Pena*
                                                    Danielle R. Pena