1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUNGERS,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                              Defendants. | Case No.:  21-CV-0829 W (MSB)<br><br>**ORDER (1) VACATING JANUARY 23, 2023 HEARING AND (2) DISMISSING DOE DEFENDANTS WITHOUT PREJUDICE** |

On December 20, 2022, this Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to serve the Doe Defendants.  (*See Dec. 20, 2022 OSC* [Doc. 35] 2:14–15.)  The Order set a hearing for January 23, 2023 at 10:00 a.m. and, in preparation for the hearing, ordered Plaintiff to file a brief by January 18, 2023 explaining why the case should not be dismissed.  (*Id.* 2:14–18.)  The order also warned Plaintiff that failure to file the brief by the deadline would result in the hearing being vacated and the Doe Defendants dismissed without prejudice.  (*Id.* 2:18–20.)  Plaintiff failed to comply with the order.

1   Plaintiff's failure to comply with the December 20, 2022 OSC is the second time Plaintiff has failed to comply with an order of this Court.  On November 21, 2022, this Court granted Attorney Pena's unopposed motion to withdraw and ordered Plaintiff to file a notice verifying his mailing address and e-mail address.  (*Order Granting Mot. to Withdraw* [Doc. 33] 4:1–8.)  Plaintiff did not comply with that order.

It is also important to point out that the December 20, 2022 OSC was the third OSC regarding Plaintiff's failure to serve the Doe Defendants.  (*See Jan. 26, 2022 OSC* [Doc. 22]; *Sept. 29, 2022 OSC* [Doc. 29].)  Additionally, the basis for Plaintiff's attorney's motion to withdraw and the order granting that motion was Plaintiff's failure to respond to his attorney's attempts to contact him regarding the case. (*See Order Granting Mot. to Withdraw* [Doc. 33] 3:16–23.)

In light of the foregoing, the Court **VACATES** the January 23, 2023 OSC hearing and **ORDERS** the Doe Defendants **DISMISSED WITHOUT PREJUDICE**.  In light of the foregoing, the Clerk is **ORDERED** to close the District Court case file.

**IT IS SO ORDERED**

Dated:  January 19, 2023

_____
Hon. Thomas J. Whelan
United States District Judge