

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Jungers | Civil Action No.   21-cv-0829-W-MSB |
| **Plaintiff,** | |
| V. | |
| City of San Diego, Officer Brooks R. Noble, County of San Diego, Doe Sheriff's Deputies 1-5, Doe Sheriff's Nurses 6-10, Does 11-15, | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

IT IS HEREBY ORDERED AND ADJUDGED:

The Doe Defendants are DISMISSED WITHOUT PREJUDICE. Case is closed

Date:   1/19/23

CLERK OF COURT
**JOHN MORRILL,** Clerk of Court
By:  s/ D.Gilbert

D.Gilbert, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  21-cv-0829-W-MSB

Fernando F. Rincon, Jr.

(Defendants)